| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Norma Anabel Ramirez-Amaya**<br>YOB: 1982; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**26-04710MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about April 14, 2026, at or near Douglas, in the District of Arizona, **Norma Anabel Ramirez-Amaya**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Douglas, Arizona on May 22, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about April 14, 2026, at or near Douglas, in District of Arizona, **Norma Anabel Ramirez-Amaya**, an alien, did intentionally and knowingly attempt to unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Norma Anabel Ramirez-Amaya** is a citizen of Mexico. On May 22, 2024, **Norma Anabel Ramirez-Amaya** was lawfully denied admission, excluded, deported and removed from the United States through Douglas, Arizona. On April 14, 2026, agents found **Norma Anabel Ramirez-Amaya** attempting to enter the United States at or near Douglas, Arizona without the proper immigration documents. **Norma Anabel Ramirez-Amaya** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Norma Anabel Ramirez-Amaya** admitted to illegally entering the United States of America from Mexico on or about April 14, 2026, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Carlo A. Moreno<br>Border Patrol Agent |
|---|---|

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 15, 2026 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins